IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of | CHAPTER 13 (Joliet) |
| Richard W. Voight, Jr. | NO. 18 B 11866 |
| Debtors. | Judge LaShonda A. Hunt |

### AGREED ORDER CONDITIONING AUTOMATIC STAY

This cause coming on to be heard on the Motion by Ford Motor Credit Company LLC, due and proper notice having been given, and the Court being fully advised;

IT IS HEREBY ORDERED that, if at any time during the pendency of this Chapter 13 case the Debtor's payments to Ford Motor Credit Company LLC under the terms of the underlying retail installment contract accrues a default equal to $800.00 or more, or if at any time the Debtor's 2017 Ford Escape, VIN 1FMCU0G90HUF10564 is not covered by collision and comprehensive insurance naming Ford Motor Credit Company LLC, as the loss-payee thereof, then and in that event counsel for Ford Motor Credit Company LLC, may send notice of said payment default or insurance default to the Debtors and Debtors' attorney.  Then, if said payment default or insurance default is not completely cured within fourteen days of the mailing of the aforesaid notice, *with proof of said cure being provided to Sherman & Purcell LLP*, then and in that event the restraining provisions of Section 362 of the Bankruptcy Code shall be automatically modified without further, hearing, or Order, to permit Ford Motor Credit Company LLC, to take possession of and foreclose its security interest a certain 2017 Ford Escape, VIN 1FMCU0G90HUF10564, upon filing a notice of termination of the stay with the Court.

_____
Counsel for Debtor

Enter:

/s/ Christopher H. Purcell__
Christopher Purcell
Sherman & Purcell LLP
112 Cary Street
Cary, Illinois 60013
Shermlaw13@aol.com
Attorney for Ford Motor Credit Company LLC

_____
Bankruptcy Judge

Dated: _____