*Law Offices*  
**Sherman & Purcell, LTD.**

112 Cary Street  
Cary, Illinois 60013

TEL (312) 372-1487

## NOTICE OF STAY TERMINATION

Date: January 20, 2021

Re:   Richard W Voight, Jr.  
Case No.   18 B 11866

    Please take notice that the Debtor was in default equal to or greater than $800 on their required payments to Ford Motor Credit Company LLC. As a result, a notice of default was sent previously and said default was not cured during the cure period and proof of the cure was not received by Counsel for Ford Motor Credit Company LLC.

    Therefore, the restraining provisions of Section 362 of the Bankruptcy Code are modified without further notice, hearing, or Order, to permit Ford Motor Credit Company LLC to take possession of and foreclose its security interest in the Debtors' 2017 Ford Escape motor vehicle as referenced in the attached Order Conditioning Automatic Stay.

    I, the above signed attorney, certify that on January 20, 2021, I electronically filed the foregoing Notice of Termination with the Clerk of the Court using the ECF system which sends notifications of such filing to the following:

Glenn B. Stearns  
&  
David H. Cutler

                                                        BY:   /s/ Christopher H. Purcell  
Christopher H. Purcell                              Christopher H. Purcell  
Sherman & Purcell, LTD.  
112 Cary Street  
Cary, Illinois 60013  
Phone (312) 372-1487  
Shermlaw13@aol.com  
Attorney for Ford Motor Credit Company LLC

*Law Offices*
    **Sherman & Purcell, LTD.**

112 Cary Street
Cary, Illinois 60013

---

TEL (312) 372-1487

## NOTICE OF DEFAULT

To:
    Richard W Voight, Jr.
    1400 Sherborn Court South
    Minooka, IL 60447

Date: January 5, 2021

    David H Cutler
    Cutler & Associates, Ltd.
    4131 Main St.
    Skokie, IL 60076

Re:    Richard W Voight, Jr.
Case No.    18 B 11866

    Please take notice that the Debtor is currently more than $800 in default in default with respect to their required payments pursuant to the underlying retail installment contract for the 2017 Ford Escape.

    This letter constitutes a Notice of Default pursuant to the attached Order Conditioning the Automatic Stay. Therefore, if said default is not completely cured within a period of fourteen days from the mailing of this Notice of Default, with proof of said cure being provided to Counsel for Ford Motor Credit Company LLC, then and in that event, the restraining provisions of Section 362 of the Bankruptcy Code are automatically modified without further notice, hearing, or Order, to permit Ford Motor Credit Company to take possession of and foreclose its security interest in the Debtors' 2017 Ford Escape motor vehicle as referenced in the attached Order Conditioning Automatic Stay

    I, the undersigned attorney, certify that I served a copy of this Notice of Default, with Order Conditioning the Automatic Stay, upon the parties listed above, by mailing same in a properly addressed envelope, postage prepaid, from 112 Cary Street, Cary, Illinois 60013 before the hour of 5:00 P.M. on the January 5, 2021.

Christopher H. Purcell
Sherman & Purcell, LTD.
112 Cary Street
Cary, Illinois 60013
Phone (312) 372-1487
Attorney for Ford Motor Credit Company LLC

BY: _____
    Christopher H. Purcell

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re the matter of                                CHAPTER 13 (Joliet)

Richard W. Voight, Jr.                             NO. 18 B 11866

Debtors.                                           Judge LaShonda A. Hunt

### AGREED ORDER CONDITIONING AUTOMATIC STAY

This cause coming on to be heard on the Motion by Ford Motor Credit Company LLC, due and proper notice having been given, and the Court being fully advised;

IT IS HEREBY ORDERED that, if at any time during the pendency of this Chapter 13 case the Debtor's payments to Ford Motor Credit Company LLC under the terms of the underlying retail installment contract accrues a default equal to $800.00 or more, or if at any time the Debtor's 2017 Ford Escape, VIN 1FMCU0G90HUF10564 is not covered by collision and comprehensive insurance naming Ford Motor Credit Company LLC, as the loss-payee thereof, then and in that event counsel for Ford Motor Credit Company LLC, may send notice of said payment default or insurance default to the Debtors and Debtors' attorney. Then, if said payment default or insurance default is not completely cured within fourteen days of the mailing of the aforesaid notice, *with proof of said cure being provided to Sherman & Purcell LLP*, then and in that event the restraining provisions of Section 362 of the Bankruptcy Code shall be automatically modified without further, hearing, or Order, to permit Ford Motor Credit Company LLC, to take possession of and foreclose its security interest a certain 2017 Ford Escape, VIN 1FMCU0G90HUF10564, upon filing a notice of termination of the stay with the Court.

SMB

_____
Counsel for Debtor

Enter: _LaShonda A. Hunt_
       Bankruptcy Judge

/s/ Christopher H. Purcell
Christopher Purcell
Sherman & Purcell LLP
112 Cary Street
Cary, Illinois 60013                    Dated: 09/11/2020
Shermlaw13@aol.com
Attorney for Ford Motor Credit Company LLC